IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00356-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICKEY MARIE PALMORE,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on the Government's Motion to Disclose Matters Occurring Before Grand Jury [Docket No. 3]. Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), the government seeks permission "to disclose to the defendant and her attorney the following matters occurring before the grand jury: (1) The transcript of the testimony of the witness who testified before the grand jury and provided the evidence that resulted in the Indictment in this case and (2) the exhibits that were used during that testimony." Docket No. 3 at 1.

    "There is 'a long-established policy that maintains the secrecy of the grand jury proceedings in the federal courts.'" *In re Lynde*, 922 F.2d 1448, 1452 (10th Cir. 1991) (quoting *United States v. Procter & Gamble Co.*, 356 U.S. 677, 681 (1958)). As the party seeking disclosure, the government must show that "the material [it] seek[s] is needed to avoid a possible injustice in another judicial proceeding, that the need for disclosure is greater than the need for continued secrecy, and that [its] request is

structured to cover only material so needed." *Douglas Oil Co. v. Petrol Stops Northwest*, 441 U.S. 211, 222 (1979); *see United States v. Edge*, 315 F. App'x 92, 96 (10th Cir. 2009) (Rule 6(e)(3)(E)(i) & (ii); *United States v. Riley*, 292 F. App'x 717, 722 (10th Cir. 2008) (Rule 6(e)(3)(E)(ii)). "The most significant of these factors is that the party seeking disclosure must sufficiently demonstrate the requisite 'particularized need.'" *In re Lynde*, 922 F.2d at 1452. These "prerequisites for disclosure of grand jury materials are demanding." *In re Grand Jury 95-1*, 118 F.3d 1433, 1437 (10th Cir. 1997). The government's motion, however, is silent as to whether Ms. Palmore has requested grand jury materials and, if so, what limitations may be appropriate regarding Ms. Palmore's use or retention of such materials in connection with this case. Therefore, it is

**ORDERED** the Government's Motion to Disclose Matters Occurring Before Grand Jury [Docket No. 3] is DENIED without prejudice.

DATED September 7, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge